# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-25-19

November 25, 2019

Via ECF & Certified Mail

The Honorable Paul A. Crotty,
   United States District Court,
      Southern District of New York,
         500 Pearl Street, Chambers 1350,
           New York, NY 10007.

*[Handwritten annotation: 11/25/2019 — The request is granted. So ordered. Paul A. Crotty, USDJ]*

      Re:    <u>United States v. Applewhite</u>, 18-CR-0450

Dear Judge Crotty:

      On behalf of Corey Applewhite, I write to request that the Court order the U.S. Pretrial Services Office in the Southern District of New York to release Mr. Applewhite's passport to Mr. Applewhite, a member of his family, or a representative from my office. Pretrial Services has informed my office that they can only release Mr. Applewhite's passport pursuant to a Court order. Mr. Applewhite received a sentence of three years of probation on June 4, 2019. We thus respectfully request that the Court order the release of his passport.

      Thank you for your consideration of this matter.

                                        Sincerely,

                                        *Nicole W. Friedlander*

                                        Nicole W. Friedlander